UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THOMAS LYON,
Plaintiff,

V.   Case No.: 6:25-cv-06217-EAW

GLOBAL MEDICAL RESPONSE INC.,
AMERICAN MEDICAL RESPONSE OF ROCHESTER,
ORANGE TREE EMPLOYMENT SCREENING LLC,
and
ACCURATE BACKGROUND, LLC,
Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated: July 31, 2025
Perry, New York

/s/ Thomas Lyon
THOMAS LYON
*Plaintiff pro se*
 59 Leicester Street, Apt 219
 Perry, NY 14530
 Phone: 585-599-8888
 Email: thomas@lyonglobal.com

SO ORDERED
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
Dated: July 31, 2025